HULETT HARPER STEWART LLP
BLAKE MUIR HARPER, SBN: 115756
SARAH P. WEBER, SBN: 239979
LINDSAY J. FOSTER, SBN: 254008
525 B Street, Suite 760
San Diego, CA 92101
Telephone: (619) 338-1133
Facsimile: (619) 338-1139
e-mail: blake@hulettharper.com
sweber@hulettharper.com
lindsay@hulettharper.com

Interim Lead Counsel for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| IN RE DIRECTV EARLY CANCELLATION FEE LITIGATION<br><br>This Document Relates To:<br><br>All Actions. | CASE NO. SACV08-741 AG (ANx)<br><br>**NOTICE OF ERRATA TO [PROPOSED] ORDER APPROVING STIPULATION TO STAY CLAIMS OF PLAINTIFFS CHRISTINE SCHUESSLER AND PAUL CANNON**<br><br>JUDGE: Hon. Andrew J. Guilford<br>CTRM: 10D |

| | |
|---|---|
| 1 | TO THE CLERK OF COURT, ALL PARTIES AND THEIR ATTORNEYS |
| 2 | OF RECORD: |

Please take notice that the Proposed Order accompanying the Stipulation to Stay Claims of Plaintiffs Christine Schuessler and Paul Cannon filed on October 1, 2009 (Docket No. 111) inadvertently contained an error in the title. The Proposed Order should be titled [Proposed] Order Approving Stipulation to Stay Claims of Plaintiffs Christine Schuessler and Paul Cannon.

A corrected version of the Proposed Order will be filed with an amended stipulation.

DATED: October 1, 2009

HULETT HARPER STEWART LLP
BLAKE MUIR HARPER
SARAH P. WEBER
LINDSAY J. FOSTER

 */s/ Sarah P. Weber*
SARAH P. WEBER

525 B Street, Suite 760
San Diego, CA 92101
Telephone: (619) 338-1133
Facsimile: (619) 338-1139

Interim Lead Counsel for Plaintiffs

FINKELSTEIN THOMPSON LLP
ROSEMARY M. RIVAS
DANIEL T. LEBEL
100 Bush Street, Suite 1450
San Francisco, CA 94104
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
e-mail:
    rrivas@finkelsteinthompson.com
    dlebel@finkelsteinthompson.com

1

SACV08-741 AG(ANx)

FINKELSTEIN THOMPSON LLP
DOUGLAS G. THOMPSON, JR.
TRACY D. REZVANI
1050 30th Street, NW
Washington, DC  20007
Telephone:  (202) 337-8000
Facsimile:   (202) 337-8090
e-mail:
    dthompson@finkelsteinthompson.com
    trezvani@finkelsteinthompson.com

FREED & WEISS LLC
PAUL M. WEISS
GEORGE K. LANG
JAMIE E. WEISS
JEFFREY A. LEON
MICHAEL J. LOTUS
111 West Washington Street, Suite 1331
Chicago, IL  60602
Telephone:  (312) 220-0000
Facsimile:   (312) 220-7777
e-mail:      paul@freedweiss.com
            jamie@freedweiss.com
            george@freedweiss.com

LIEFF CABRASER HEIMANN
 & BERNSTEIN LLP
KRISTEN E. LAW
NIMISH R. DESAI
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone:  (415) 956-1000
Facsimile:   (415) 956-1008
e-mail:      klaw@lchb.com
            ndesai@lchb.com

LIEFF CABRASER HEIMANN
 & BERNSTEIN LLP
JONATHAN D. SELBIN
780 Third Avenue, 48th Floor
New York, NY  10017-2024
Telephone:  (212) 355-9500
Facsimile:   (212) 355-9592
e-mail:      jselbin@lchb.com

Interim Class Counsel, Plaintiffs' Executive Committee

RICHARD J. BURKE LLC
RICHARD J. BURKE
1010 Market Street, Suite 650
St. Louis, MO 63101
Telephone: (314) 880-7000
Facsimile: (314) 880-7777
e-mail: rich@richardjburke.com

CARELLA BYRNE BAIN GILFILLAN
 CECCHI STEWART & OLSTEIN
JAMES E. CECCHI
5 Becker Farm Road
Roseland, NJ 07068
Telephone: (973) 994-1700
Facsimile: (973) 994-1744
e-mail: jcecchi@carellabyrne.com

LAW OFFICE OF ERIC STOPPENHAGEN
ERIC STOPPENHAGEN
285 Avenue C, Suite #MB
New York, NY 10009
Telephone: (646) 594-8669
Facsimile: (949) 258-5379

KABATECK BROWN KELLNER LLP
BRIAN S. KABATECK
RICHARD L. KELLNER
ALFREDO TORRIJOS
644 S. Figueroa Street
Los Angeles, CA 90017
Telephone: (213) 217-5000
Facsimile: (213) 217-5010
e-mail: bsk@kbklawyers.com
 rlk@kbklawyers.com
 at@kbklawyers.com

SEEGER WEISS LLP
JONATHAN SHUB
1515 Market Street, Suite 1380
Philadelphia, PA 19102
Telephone: (215) 564-2300
Facsimile: (215) 851-8029
e-mail: jshub@seegerweiss.com

Attorneys for Plaintiff Joseph Lombardi

FEE SMITH SHARP & VITULLO LLP
ANTHONY L. VITULLO
Three Galleria Tower
13155 Noel Road, Suite 1000
Dallas, TX 75240
Telephone: (972) 934-9100
Facsimile: (972) 934-9200
e-mail: lvitullo@feesmith.com

Attorneys for Plaintiffs Roberta and Edward Pifer