HULETT HARPER STEWART LLP
BLAKE MUIR HARPER, SBN: 115756
SARAH P. WEBER, SBN: 239979
LINDSAY J. FOSTER, SBN: 254008
525 B Street, Suite 760
San Diego, CA 92101
Telephone:   (619) 338-1133
Facsimile:   (619) 338-1139
e-mail:       blake@hulettharper.com
              sweber@hulettharper.com
              lindsay@hulettharper.com

Interim Lead Counsel for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| IN RE DIRECTV EARLY CANCELLATION FEE LITIGATION | CASE NO. SACV08-741-AG(ANx) |
| This Document Relates To: | **STIPULATION TO STAY CLAIMS OF PLAINTIFFS CHRISTINE SCHUESSLER AND PAUL CANNON** |
| Plaintiffs Cannon and Schuessler. | JUDGE:   Hon. Andrew J. Guilford<br>CTRM:   10D |

1    WHEREAS, on June 26, 2009, Defendant DIRECTV, Inc. ("DIRECTV")
2  filed a Motion to Compel Arbitration and to Dismiss or Stay Proceedings Pending
3  Arbitration of the claims of Plaintiffs Lombardi and O'Brien, residents of Florida,
4  and Plaintiffs Roberta and Edward Pifer, residents of Virginia (the "Virginia and
5  Florida Motion") (Dkt. No. 80);

6    WHEREAS, on August 31, 2009, before the Court had ruled on the Virginia
7  and Florida Motion, DIRECTV's response to the claims asserted by the remaining
8  Plaintiffs was due. DIRECTV responded in part by moving to compel arbitration of
9  the claims asserted by Plaintiffs Schuessler and Paul Cannon, residents of Illinois
10  and New York respectively (the "Illinois and New York Motion") (Dkt. No. 93);

11    WHEREAS, on September 9, 2009, the Court issued an Order granting
12  DIRECTV's Virginia and Florida Motion, concluding that, pursuant to the choice-
13  of-law provision in the DIRECTV Customer Agreement, Virginia and Florida law
14  applied to determine the enforceability of the Virginia and Florida Plaintiffs'
15  arbitration provisions, and thus that the Plaintiffs' arbitration agreement was
16  enforceable (Dkt. No. 103);

17    WHEREAS, the arguments that the parties would make in support of and in
18  opposition to DIRECTV's pending Illinois and New York Motion are substantially
19  the same as those that the Court already addressed in its September 9, 2009 order on
20  the Virginia and Florida Motion;

21    WHEREAS, Plaintiffs Joseph Lombardi, Roberta and Edward Pifer and
22  Kathleen O'Brien wish to appeal this Court's September 9, 2009 Order on the
23  Virginia and Florida Motion to the Ninth Circuit, and on September 18, 2009, filed a
24  petition for certification for appeal pursuant to 28 U.S.C. § 1292(b), which is
25  scheduled to be heard on October 19, 2009 (Dkt. No. 107);

26    WHEREAS, the Ninth Circuit is addressing similar issues relating to the
27  enforceability of choice-of-law provisions in *Masters & Murphy v. DirecTV, Inc.*,
28  Docket No. 08-55830, with oral argument currently scheduled for November 2,

1

1 | 2009;

2 | The parties hereby stipulate and agree, and request the Court to enter an order

3 | to stay Plaintiffs Cannon and Schuessler's claims as follows:

4 | 1. The claims of Plaintiffs Cannon and Schuessler shall be stayed

5 | pending either: (a) further guidance from the Ninth Circuit on the law related to

6 | choice-of-law provisions (either in *Masters & Murphy* or in an appeal taken by the

7 | Virginia and Florida Plaintiffs, if any) that would allow Plaintiffs Schuessler and

8 | Cannon to proceed in litigation; or (b) if there is no such guidance allowing

9 | Plaintiffs Schuessler and Cannon to proceed in litigation, the completion of

10 | arbitration.

11 | 2. In the event the Ninth Circuit does issue such guidance that one party

12 | believes warrants a lift of the stay of Plaintiffs Schuessler and Cannon's claims, that

13 | party may file a motion with this Court, for good cause shown, to lift the stay.

15 | IT IS SO STIPULATED:

16 | DATED: SEPTEMBER 30, 2009        KIRKLAND & ELLIS LLP
        ROBYN E. BLADOW
17 |        SHAUN PAISLEY

20 | SHAUN PAISLEY

21 | 777 South Figueroa Street
        Los Angeles, CA 90017
22 |        Telephone: (213) 680-8400
        Facsimile: (213) 680-8500

24 | Attorneys for Defendant DIRECTV, Inc.

2

DATED: **10·1·09**

HULETT HARPER STEWART LLP
BLAKE MUIR HARPER
SARAH P. WEBER
LINDSAY J. FOSTER


_____
SARAH P. WEBER

525 B Street, Suite 760
San Diego, CA 92101
Telephone: (619) 338-1133
Facsimile: (619) 338-1139

Interim Lead Counsel for Plaintiffs

FINKELSTEIN THOMPSON LLP
ROSEMARY M. RIVAS
DANIEL T. LEBEL
100 Bush Street, Suite 1450
San Francisco, CA 94104
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
e-mail:
    rrivas@finkelsteinthompson.com
    dlebel@finkelsteinthompson.com

FINKELSTEIN THOMPSON LLP
DOUGLAS G. THOMPSON, JR.
TRACY D. REZVANI
1050 30th Street, NW
Washington, DC 20007
Telephone: (202) 337-8000
Facsimile: (202) 337-8090
e-mail:
    dthompson@finkelsteinthompson.com
    trezvani@finkelsteinthompson.com

3

FREED & WEISS LLC
PAUL M. WEISS
GEORGE K. LANG
JAMIE E. WEISS
JEFFREY A. LEON
MICHAEL J. LOTUS
111 West Washington Street, Suite 1331
Chicago, IL 60602
Telephone: (312) 220-0000
Facsimile: (312) 220-7777
e-mail: paul@freedweiss.com
        jamie@freedweiss.com
        george@freedweiss.com

LIEFF CABRASER HEIMANN
 & BERNSTEIN LLP
KRISTEN E. LAW
NIMISH R. DESAI
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
e-mail: klaw@lchb.com
        ndesai@lchb.com

LIEFF CABRASER HEIMANN
 & BERNSTEIN LLP
JONATHAN D. SELBIN
780 Third Avenue, 48th Floor
New York, NY 10017-2024
Telephone: (212) 355-9500
Facsimile: (212) 355-9592
e-mail: jselbin@lchb.com

Interim Class Counsel, Plaintiffs' Executive
Committee

RICHARD J. BURKE LLC
RICHARD J. BURKE
1010 Market Street, Suite 650
St. Louis, MO 63101
Telephone: (314) 880-7000
Facsimile: (314) 880-7777
e-mail: rich@richardjburke.com

4

CARELLA BYRNE BAIN GILFILLAN
 CECCHI STEWART & OLSTEIN
JAMES E. CECCHI
5 Becker Farm Road
Roseland, NJ 07068
Telephone:  (973) 994-1700
Facsimile:  (973) 994-1744
e-mail:     jcecchi@carellabyrne.com

LAW OFFICE OF ERIC STOPPENHAGEN
ERIC STOPPENHAGEN
285 Avenue C, Suite #MB
New York, NY 10009
Telephone:  (646) 594-8669
Facsimile:  (949) 258-5379

KABATECK BROWN KELLNER LLP
BRIAN S. KABATECK
RICHARD L. KELLNER
ALFREDO TORRIJOS
644 S. Figueroa Street
Los Angeles, CA 90017
Telephone:  (213) 217-5000
Facsimile:  (213) 217-5010
e-mail:     bsk@kbklawyers.com
            rlk@kbklawyers.com
            at@kbklawyers.com

SEEGER WEISS LLP
JONATHAN SHUB
1515 Market Street, Suite 1380
Philadelphia, PA 19102
Telephone:  (215) 564-2300
Facsimile:  (215) 851-8029
e-mail:     jshub@seegerweiss.com

Attorneys for Plaintiff Joseph Lombardi

5

FEE SMITH SHARP & VITULLO LLP
ANTHONY L. VITULLO
Three Galleria Tower
13155 Noel Road, Suite 1000
Dallas, TX 75240
Telephone: (972) 934-9100
Facsimile: (972) 934-9200
e-mail:      lvitullo@feesmith.com

Attorneys for Plaintiffs Roberta and
Edward Pifer

6